# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| BISON CONSTRUCTORS, INC., ) | Case No. 12-35566 |
| d/b/a. FEDERAL BISON ) | |
| CONSTRUCTORS, INC., ) | Chapter 7 |
| Debtor. ) | |
| ) | |

## CORPORATE OWNERSHIP STATEMENT

[ X ]  There are no corporations that directly or indirectly own 10% or more of any class of the debtor's equity interest.

[   ]  The following corporations directly or indirectly own 10% or more of a class of the debtor's equity interest:


Dated: December 20, 2012              BISON CONSTRUCTORS, INC.

                                                */s/ Steve Murray*
                                      By:_____
                                          Steve Murray, President

DATED this 20th day of December, 2012   BUECHLER LAW OFFICE, L.L.C.

                                                */s/ Kenneth J. Buechler*
                                      _____
                                      Kenneth J. Buechler, #30906
                                      Counsel to Debtor
                                      1828 Clarkson Street, Suite 200
                                      Denver, Colorado  80218
                                      720-381-0045 / 720-381-0382 FAX
                                      ken@kjblawoffice.com